# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

JIMMY S. CALTON, SR., and )
JIM S. CALTON, JR., d/b/a CALTON & )
CALTON, )
    Plaintiffs, )
)
v. )
)
SHRED-IT USA, INC., a foreign )
corporation, )
    Defendant. )

CASE NO. 2:08cv206 - mht

## NOTICE OF REMOVAL OF CIVIL ACTION

**PLEASE TAKE NOTICE** that Shred-it USA, Inc. ("Shred-it"), defendant in an action brought by Plaintiffs in the Circuit Court of Barbour County, Alabama (Eufaula Division), captioned <u>Jimmy S. Calton, Sr. and Jim S. Calton, Jr. d/b/a Calton & Calton v. Shred-it USA, Inc.</u>, Civil Action No. CV-08-900006-00, files this Notice of Removal of the Action to the United States District Court for the Middle District of Alabama.

Shred-it, for its Notice of Removal, states as follows:

1.  Shred-it received notice of the Action when it was served with a copy of the Circuit Court – Civil Case Cover Sheet, Summons, Class Action Complaint on February 25, 2008. True and correct copies of these documents are attached hereto as Exhibit A.

2.  Except for the documents in Exhibit A, no other process, pleadings, or orders have been received or served upon Shred-it in the Action.

3.  In the Action, Plaintiffs have brought a class action implicating this Court's jurisdiction set forth in 28 U.S.C. § 1332(d).

4.  This Notice of Removal is being filed within the time period required by 28 U.S.C. § 1453(b).

1

5.    This Court has original jurisdiction pursuant to 28 U.S.C. § 1332(d)(2), because:

a.    The matter in controversy exceeds the aggregate sum of $5,000,000, exclusive of interest and costs; and

b.    Plaintiffs are residents of the State of Alabama and Shred-it is a Delaware corporation with its principal place of business in Ontario, Canada; and

c.    Plaintiffs have sought a nationwide class, and any member of the class of plaintiffs is a citizen of a state different than Shred-it.

6.    None of the circumstances allowing this Court to decline jurisdiction set forth in 28 U.S.C. § 1332(d)(3) apply to this case, because Shred-it is not a resident of the state of Alabama.

7.    None of the requirements precluding this Court from accepting jurisdiction set forth in 28 U.S.C. § 1332(d)(4) apply to this case, because more than two-thirds of the class members reside outside Alabama; Shred-it is not an Alabama resident; damages are alleged to have occurred nationwide; and during the three year period preceding the filing of this class action, no other class action has been filed asserting the same or similar factual allegations on behalf of the same or other persons.

8.    Upon the filing of this Notice of Removal, written notice thereof is being served upon all adverse parties, and a copy of this Notice is being filed with the Clerk of Circuit Court of Barbour County, Alabama, to effect removal of the Action, all as provided by law.

WHEREFORE, Shred-it prays that this Notice of Removal may be accepted as good and sufficient, and that the Action may be removed from the Circuit Court of Barbour County into this Court, as provided by 28 U.S.C. §§ 1441, 1446, and 1453, and thereupon to proceed with

said civil action as though originally commenced in this Court and for all orders and decrees as

may be necessary or appropriate in such cases made and provided.

Dated: March 21, 2008.

_____
Jeffrey A. Lee
MAYNARD, COOPER & GALE, PC
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203
Telephone: (205) 254-1987
Facsimile: (205) 254-1999

Gregory G. Pinski
(Pro Hac Vice Admission Pending)
CONNER & PINSKI, PLLP
P.O. Box 3028
520 Third Avenue North
Great Falls, MT 59403-3028
Telephone: (406) 727-3550
Facsimile: (406) 727-1640

COUNSEL FOR DEFENDANT
SHRED-IT USA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that, on March 21, 2008, a copy of the foregoing documents was served on the following persons via Federal Express Delivery Service:

Clerk of District Court
USDC Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

Charles A. McCallum, III,
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway, Suite 201
Vestavia Hills, AL 35216
205-824-7767

Walter B. Calton, LLC,
312 East Broad Street
Eufaula, Alabama 36027
334- 687-2407

Jeffrey A. Lee

4



**AlaFile E-Notice**

69-CV-2008-900006.00

To:  SHRED-IT USA
     C/O THE CORPORATION CO.
     2000 INTERSTATE PARK DR
     MONTGOMERY, AL 36109

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BARBOUR COUNTY, ALABAMA

JIMMY S CALTON SR. ET AL v. SHRED-IT USA
69-CV-2008-900006.00

The following complaint was FILED on 2/19/2008 2:22:20 PM

Notice Date:    2/19/2008 2:22:20 PM

                                                    DAVID NIX
                                            CIRCUIT COURT CLERK
                                          BARBOUR COUNTY, ALABAMA
                                            303 EAST BROAD STREET
                                              EUFAULA, AL 36027

                                               334-687-1500
                                           david.nix@alacourt.gov

# EXHIBIT A

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number:<br>**69-CV-200**<br>Date of Filing:<br>02/19/2008 | ELECTRONICALLY FILED<br>2/19/2008 2:22 PM<br>CV-2008-900006.00<br>CIRCUIT COURT OF<br>BARBOUR COUNTY, ALABAMA<br>DAVID NIX, CLERK |

## GENERAL INFORMATION

### IN THE CIRCUIT OF BARBOUR COUNTY, ALABAMA
### JIMMY S CALTON SR. ET AL v. SHRED-IT USA

**First Plaintiff:** ☐ Business  ☑ Individual    **First Defendant:** ☑ Business  ☐ Individual
☐ Government  ☐ Other                                ☐ Government  ☐ Other

### NATURE OF SUIT:

**TORTS: PERSONAL INJURY**

☐ WDEA - Wrongful Death
☐ TONG - Negligence: General
☐ TOMV - Negligence: Motor Vehicle
☐ TOWA - Wantonnes
☐ TOPL - Product Liability/AEMLD
☐ TOMM - Malpractice-Medical
☐ TOLM - Malpractice-Legal
☐ TOOM - Malpractice-Other
☐ TBFM - Fraud/Bad Faith/Misrepresentation
☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**

☐ TOPE - Personal Property
☐ TORE - Real Property

**OTHER CIVIL FILINGS**

☐ ABAN - Abandoned Automobile
☐ ACCT - Account & Nonmortgage
☐ APAA - Administrative Agency Appeal
☐ ADPA - Administrative Procedure Act
☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**

☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture
      Appeal/Enforcement of Agency Subpoena/Petition to
      Preserve
☐ CVRT - Civil Rights
☐ COND - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP - Contempt of Court
☑ CONT - Contract/Ejectment/Writ of Seizure
☐ TOCN - Conversion
☐ EQND - Equity Non-Damages Actions/Declaratory
      Judgment/Injunction Election Contest/Quiet Title/Sale For
      Division
☐ CVUD - Eviction Appeal/Unlawfyul Detainer
☐ FORJ - Foreign Judgment
☐ FORF - Fruits of Crime Forfeiture
☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB - Protection From Abuse
☐ FELA - Railroad/Seaman (FELA)
☐ RPRO - Real Property
☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP - Workers' Compensation
☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**  F ☑ INITIAL FILING    A ☐ APPEAL FROM    O ☐ OTHER
                                      DISTRICT COURT

      R ☐ REMANDED           T ☐ TRANSFERRED FROM    _____
                                  OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**    ☐ Yes  ☑ No

**RELIEF REQUESTED:**    ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**  MCC052        2/19/2008 2:20:16 PM        /s CHARLES MCCALLUM

**MEDIATION REQUESTED:**    ☐ Yes  ☑ No  ☐ Undecided



| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | **SUMMONS**<br>**- CIVIL -** | **Case Number:**<br>69-CV-2008-900006.00 |
|---|---|---|

## IN THE CIVIL COURT OF BARBOUR, ALABAMA
## JIMMY S CALTON SR. ET AL v. SHRED-IT USA

SHRED-IT USA, C/O THE CORPORATION CO. 2000 INTERSTATE PARK DR, MONTGOMERY AL, 36109

**NOTICE TO** _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY CHARLES MCCALLUM

WHOSE ADDRESS IS 905 Montgomery Highway, Suite 201, VESTAVIA HILLS AL, 35216

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of    JIMMY S CALTON SR.
pursuant to the Alabama Rules of the Civil Procedure

| 2/19/2008 2:22:20 PM | /s DAVID NIX | _~L~_ |
|---|---|---|
| Date | Clerk/Register | By |

☑ Certified mail is hereby requested    /s CHARLES MCCALLUM

Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____                _____
Date                            Server's Signature



ELECTRONICALLY FILED
2/19/2008 2:22 PM
CV-2008-900006.00
CIRCUIT COURT OF
BARBOUR COUNTY, ALABAMA
DAVID NIX, CLERK

## IN THE CIRCUIT COURT OF BARBOUR COUNTY, ALABAMA
### (Eufaula Division)

| | |
|---|---|
| JIMMY S. CALTON, SR., and JIM S. CALTON, JR., d/b/a CALTON & CALTON, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO. _Cv-08-900006.00_ ) |
| SHRED-IT USA INC., a foreign corporation, | ) ) ) |
| Defendants. | ) |

### CLASS ACTION COMPLAINT

COMES NOW, Plaintiffs individually and on behalf of all persons similarly situated, and for their Complaint against the Defendant, states as follows:

1.    Plaintiffs Jimmy S. Calton, Sr. and Jim S. Calton, Jr. ("Plaintiffs" or "C&C"), are practicing attorneys doing business as Calton & Calton with their office located in Eufaula, Alabama. Jimmy S. Calton, Sr. and Jim S. Calton, Jr. reside in Barbour County, Alabama.

2.    Defendant Shred-It USA Inc. ("Defendant" or "Shred-It") is a Delaware Corporation that conducts business in Barbour County, Alabama.

### I. BACKGROUND FACTS

3.    Defendant Shred-It offers document shredding and document removal services to businesses including law firms, banks, etc.  Typically, Shred-It will place a collection bin on site at a customer's business and schedule periodic trips to the customer's location to shred and dispose of the collected documents.  On information and belief, Shred-It has thousands of customers in Alabama and tens of thousands of customers nationwide.

4.     On or about June, 2007 C&C entered into a standard form Client Service Agreement with Shred-It with an agreed price of $50 per service trip. A true and correct copy of the Client Service Agreement with Shred-It and C&C is attached hereto as Exhibit A.

5.     The Client Service Agreement utilized by Shred-It is a standard form and does not vary among customers or by state except for frequency of service and rates. On the Shred-It Client Service Agreements entered into with C&C and all other of its customers the "Cost of travel to and from your location" is preprinted and listed as **"FREE"** (See Exhibit A).

6.     On or about January 1, 2008, Shred-It commenced to imposing a fuel surcharge on its invoices to C&C and all of its other customers. The imposition of the charge is directly contrary to the terms of each and every Client Service Agreement that contains the standardized language that the "Cost of travel to and from your location" will be **"FREE"**.

7.     Shred-It's website (Exhibit B hereto) provides the following explanation of the fuel surcharge:

### Fuel Surcharge Policy: USA

Effective January 1, 2008, Shred-It will be implementing an indexed fuel surcharge for all Shred-It automatic and purge document destruction services.

Since our founding almost 20 years ago, we have resisted implementing any additional surcharges. As a result, we have absorbed many increased costs, including increases in fuel costs, on behalf of our customers. However, with the current cost of fuel we are unable to continue to fully absorb this cost.

This surcharge will be a flat-rate incremental charge applied to the invoice subtotal based on the invoice bands below. The surcharge will appear at the bottom of each invoice as a separate line item.

2

The fuel surcharge will be updated monthly and is indexed to the following source: National U.S. Department of Energy, National Average On-Highway Diesel Fuel Prices.

Fuel surcharges are subject to change without prior written notice. The duration and amount of any surcharge will be determined at our sole discretion. By tendering your document destruction to Shred-It, you agree to pay, the surcharges, as determined by Shred-It.

**Fuel Surcharge Invoice Subtotal Table**

| At least | But less than | Sample surcharge |
| --- | --- | --- |
| $    - | $    75.00 | $    3.90 |
| $    75.01 | $    150.00 | $    7.80 |
| $    150.01 | $    300.00 | $  15.60 |
| $    300.01 | $    500.00 | $  26.00 |
| $    500.01 | $1,000.00 | $  52.00 |
| $1,000.01 | $1,500.00 | $  78.00 |
| $1,500.01 | $2,000.00 | $104.00 |
| $2,000.01 | $2,500.00 | $130.00 |

8.     By invoice dated January 23, 2008 Shred-It imposed a $3.90 fuel surcharge on C&C, in direct violation of its Client Service Agreement. A true and correct copy of the invoice is attached hereto as Exhibit C. Upon information and belief, Shred-It has imposed the exact same surcharge on all of its other customers in direct violation and breach of its standard form Client Service Agreement.

9.     C&C alleges that the imposition of fuel surcharges by Shred-It constitutes a breach of contract and that a justiciable controversy exists between Shred-It and its customers as to whether

3

Shred-It can impose such a surcharge.  Plaintiffs C&C request that this Court take jurisdiction over the controversy, determine whether Shred-It's conduct constitutes a violation of its standard form agreements, preliminary and permanently enjoin Shred-It from breaching its agreements and order reparations, refunds and/or damages

for any and all amounts charged and collected by Shred-It that are determined not to be appropriate pursuant to Shred-It's standard form Client Service Agreement.

## II. CLASS ALLEGATIONS

10.    Plaintiffs C&C seek class certification pursuant to Alabama Rules of Civil Procedure 23(b)(2) and (b)(3).  Plaintiffs are a member of the class they seek to represent and bring this action individually and on behalf of all similarly situated persons defined as follows:

> All persons or entities in the United States who are customers of Shred-It USA, Inc. and have entered into a client service agreement with Shred-It that provides the "Cost of travel to and from your location" will be **"FREE"**, and who have had a fuel surcharge imposed on their invoice.

11.    Excluded from the class are counsel for the parties and any member of the judiciary who is assigned to hear, preside over or review any issues related to the litigation.

12.    Plaintiffs C&C do not believe the provisions of the Class Action Fairness Act ("CAFA") apply in that the amount in controversy is not greater than five million dollars.  Further, Plaintiffs do not believe any member of the putative class has paid in excess of $50,000 in surcharges.  Specifically, it is believed that Shred-It first imposed the surcharge on January 1, 2008 and Shred-It has not collected over five million dollars in surcharges in the aggregate, or over $50,000 from any individual class member.

4

13.    Under Ala. R. Civ. P. 23(a)(1), Plaintiffs C&C allege the class consists of thousands of Alabama customers and tens of thousands of customers nationwide.

14.    Further, under Ala. R. Civ. P. 23(a)(2), Plaintiffs C&C allege that Defendant Shred-It has engaged in a standardized course of conduct that effects all class members in the same manner, namely, that all class members have standard form written contracts that provide the "Cost of travel to and from your location" will be **"FREE"**, and Defendant Shred-It has breached each and every such contract by imposing a fuel surcharge on invoices sent to class members.

15.    Plaintiffs C&C allege under Ala. R. Civ. P. 23(a)(3) that their claims are typical of other class members and that their claims arise from the same event or practice or course of conduct that gives rise to the claims of other class members and the claims are based upon the same legal theories.

16.    Plaintiffs C&C allege under Ala. R. Civ. P. 23(a)(4) that (i) they have investigated the facts and circumstances giving rise to the Complaint, (ii) they will fairly and adequately protect the interest of the class, (iii) they do not have any interest antagonistic to those of the rest of the class, and (iv) they have retained counsel that is qualified, experienced, and competent to conduct the litigation.

17.    Plaintiffs C&C seek certification under Ala. R. Civ. P. 23(b)(2) on the basis that Defendant Shred-It has acted on grounds generally applicable to the class, making declaratory and injunctive relief appropriate with respect to the class as a whole.  Plaintiffs C&C specifically seek a declaration from the Court that the surcharges imposed by Defendant Shred-It are a contractual violation and that Defendant Shred-It should be preliminarily and permanently enjoined from imposing and collecting such surcharges.

18.    Plaintiffs C&C seek certification under Ala. R. Civ. P. 23(b)(3) to obtain reparations/refunds/damages to class members who have paid surcharges the Court may determine to be improper. Plaintiffs C&C allege that questions of law and fact are common to the members of the class and predominate over any individual question; that this action is superior to any other form of action; that the interest of individuals are best served by a class action in that the amount of damages sustained by each class member is small; that it is desirable to concentrate the litigation in this forum which will avoid the likelihood of inconsistent results and duplicative costs if litigated in multiple forums; and there is no difficulty in the maintenance of the case as a class action in that the identities of customers and the amount of the alleged damages can be easily determined and calculated by using the business records of Defendant Shred-It.

**COUNT I**
**Declaratory and Injunctive Relief**

19.    Plaintiffs C&C adopt and incorporate herein by reference all prior allegations of their Complaint.

20.    There exists a controversy among Plaintiffs and members of the class, on the one hand, and Defendant Shred-It, on the other, as to whether Defendant Shred-It's challenged conduct is improper under the terms of the standard form written contracts.

21.    Plaintiffs C&C, individually and on behalf of the putative class, request that the Court take jurisdiction over the controversy and determine and declare the rights, interests, and responsibilities of the parties under the standard form agreements.

6

22.     Plaintiffs C&C individually and on behalf of the putative class also request the Court to issue a preliminary and permanent injunction against Defendant Shred-It from imposing surcharges in violation of the standard form agreements.

### COUNT II
### Equitable Monetary Relief

23.     Plaintiffs C&C adopt and incorporate herein by reference all prior allegations of their Complaint.

24.     Plaintiffs C&C, individually and on behalf of similarly situated persons, request the Court determine that Defendant Shred-It has overcharged for services and order that Defendant Shred-It refund, credit, or pay reparations to Plaintiffs and class members for all amounts collected that are determined to be in violation of the standard form agreement.  In the alternative, Plaintiffs C&C request that the Court impose a constructive trust over funds in the possession of Shred-It that are determined to be improper, and enter such orders and directives that are just and proper to compensate Plaintiffs and class members for such overcharges.

### COUNT III
### Breach of Contract

25.     Plaintiffs C&C adopt and incorporate herein by reference all prior allegations of their Complaint.

26.     There are standard form agreements between and among Defendant Shred-It and its customers that state the "Cost of travel to and from your location" is **"FREE"**.  Defendant Shred-it has breached every such standard agreement by imposing and collecting a fuel surcharge.  As a result of the breach of contract by Shred-It, Plaintiffs and members of the putative class have been damaged.

7

## COUNT IV
## Unjust Enrichment

27.      Plaintiffs C&C adopt and incorporate herein by reference all prior allegations of their Complaint.

28.      In the alternative, if it is determined there is no express contract between and among Shred-It and its customers as to the cost of travel, Plaintiffs allege individually and on behalf of the putative class that Shred-It has been unjustly enriched, at the expense of Plaintiff and class members, by charging improper or excessive surcharges.

29.      Plaintiffs and members of the putative class offer to do equity and request the Court order that Defendant Shred-It disgorge all monies collected from its customers that are determined to be improper or excessive.

## DEMANDS FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Plaintiffs Calton and Calton, individually and on behalf of all similarly situated persons, demand declaratory and injunctive relief as set forth herein, monetary damages, interests, costs of court , and such further, other or additional relief as may be just and proper.

Respectfully submitted this 19th day of February, 2008.


                                                    s/ Charles A. McCallum, III
                                                    Charles A. McCallum, III
                                                    R. Brent Irby

8

OF COUNSEL:
McCallum Hoaglund Cook & Irby, LLP
905 Montgomery Highway
Suite 201
Vestavia Hills, Alabama 35216
Telephone: (205)824-7767
Facsimile: (205)824-7768
Email: cmccallum@mhcilaw.com
       bjrby@mhcilaw.com

                                      s/ Walter B. Calton
                                      Walter B. Calton

Walter B. Calton, LLC
312 E. Broad Street
Post Office Box 696
Eufaula, Alabama 36072-0696
Telephone: (334)687-2407
Facsimile: (334)687-2466


**PLEASE SERVE DEFENDANTS BY CERTIFIED MAIL/RETURN RECEIPT REQUESTED AS FOLLOWS:**

Shred-It USA Inc.
c/o The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, Alabama 36109

9

ELECTRONICALLY FILED
2/19/2008 2:22 PM
CV-2008-900006.00
CIRCUIT COURT OF
BARBOUR COUNTY, ALABAMA
DAVID NIX, CLERK

# Exhibit A



# CLIENT SERVICE AGREEMENT

A SECURIT COMPANY

| | |
|---|---|
| Client Name: CALTON + CALTON Attorneys | Zip/Postal Code: 36027 |
| Address: 226 East Broad St | Phone: 334 - 687 - 3563 |
| Eufaula Al 36027 | Fax: |
| Billing Address: | Unit/Suite: |
| | Zip/Postal Code: |
| Contact 1: Jimmy Calton Jr. Title: | Phone & Ext: 334 - 687 - 3563 |
| Contact 2: Title: | Phone & Ext: |
| A/P Contact: Fax: | Phone & Ext: |

## AUTOMATIC SERVICE

| | |
|---|---|
| Recommended number of security consoles | From 1 to |
| Cost of security consoles | FREE |
| Estimated collection & shredding time | From to |
| Cost of recycling & disposal | FREE |
| Cost of travel to and from your location | FREE |
| Billing rate | $ per minute |
| Estimated cost of service | $ 50.00 to $ |
| Recommended frequency for service | Every 4 week(s) |
| Minimum charge | $ 50.00 |

Start date of agreement:

## PURGE

| | |
|---|---|
| Banker Boxes (regular): | Cubic feet: |
| File Boxes: | Other: |
| Pallets: | |
| Lever Arch Files: | |
| Estimated collection & shredding time | From: to |
| Estimated cost for shredding | $ |

## NOTES:

This is a Scheduled Daily Pick up @ 50.00
Start Date own as soon as Customer Decides so, Ok
Adjusted in the File Boxes every 2 week

---

The parties have agreed to this Agreement (Terms and Conditions on reverse) on the date written above.

**Shred-it** | **Client**
Signed _____ | Signed _____
Print Name _____ | Print Name _Jim Calton Jr._
Position _____ | Position _Owner_

---

new ☐  existing ☐  change ☐  SALES REP: _____    ACCOUNT #:

# CLIENT SERVICE AGREEMENT

This CLIENT SERVICE AGREEMENT between Shred-it ("Shred-it") and "the Client" (detailed overleaf) takes effect on the "start date of the agreement" and the parties agree as follows:

1) **Shred-it Services.** Shred-it will provide the following services to "the Client".

    a) Equipment: Shred-it will provide Locked Security Consoles and other related equipment on the Client's premises for the collection and storage of the Client's Confidential Materials. The number of Consoles will be determined by Shred-it and based on estimates of volume in discussions with the Client.

    b) Document Collection and Destruction: Shred-it will: (a) physically collect the Client's Confidential Materials on a regularly scheduled basis, as agreed between Shred-it and the Client; and (b) at or close to the Client's premises, destroy these Confidential Materials using a mechanical shredding device (the "Document Destruction Process")

    c) Certification: At the conclusion of the Document Destruction Process, Shred-it will immediately provide the Client with a Certificate of Destruction.

    d) Inspection Rights: If requested by the Client, an authorized representative of the Client may, at any time, inspect the Document Destruction Process.

    e) Document Disposal and Recycling: Shred-it will recycle or otherwise dispose of the Client's Shredded Material.

2) **Ownership of Equipment.** The Locked Security Consoles and any other equipment provided to the Client by Shred-it remains the property of Shred-it.

3) **Service Fee.** As shown on page 1 of this agreement, the Client will pay a "Service Fee" to Shred-it equal to the greater of:

    a) the minimum charge or

    b) the amount per minute spent by Shred-it in document collection, destruction and other related Services during the period on which the Service Fee is based.

    The Client agrees to pay the Service Fee within 30 days of receiving an invoice for the Services.

4) **Adjustment of Fees.** The Service Fee shall remain fixed for one year of the Initial Term. In both the second and third year of the Initial Term and upon subsequent automatic renewal terms, in its sole discretion, Shred-it reserves the right to modify the amount of the Service Fee from time to time (either the minimum charge and/or per minute fee); provided that Shred-it will not increase the service fee from time to time by more than 7% per year.

5) **Term of Agreement.** The Agreement will remain in force for three years (the "Initial Term"). It will automatically renew for an unlimited number of additional one-year terms unless terminated by either party, by written notice, at least 30 days prior to the expiration of either the Initial Term or of any Renewal Term. On termination by either party the Client will pay Shred-it all outstanding balances for Services performed by Shred-it prior to termination of the Agreement.

6) **Early Termination of Agreement.** In the event the Client terminates this Agreement without cause, prior to the completion of the Initial or any Renewal Term, the Client will pay Shred-it for the Services Fees due for the remaining term of the Agreement plus a removal fee of $15.00 per console. Such early termination fees shall be calculated based on the average Service fees incurred by the Client for all prior months of the Agreement multiplied by the months remaining in the Initial Term or Renewal Term.

7) **Default and Termination for Cause.** Upon written notice that either party has breached this Agreement by failing to perform any of their respective obligations under this Agreement, the breaching party shall have 30 days from the date of the written notice to cure the default. In the event that the default is not cured within such 30 day period, the non-breaching party may immediately cancel this Agreement without further notice. Notwithstanding anything to the contrary, in the event that the Client fails to pay any amounts owing under this Agreement when due, including by reason of bankruptcy or insolvency, Shred-it may immediately cancel this Agreement and retrieve its equipment from the Client, wherever located, if payment is not made within three business days from receipt of written notice from Shred-it that payment is due. The Client will pay Shred-it any outstanding account balances for Services performed by Shred-it prior to termination of the Agreement.

8) **Excused Performance.** Shred-it will not be in breach for failure to comply with the provisions of this Agreement where Shred-it's failure is due to circumstances beyond Shred-it's reasonable control.

9) **Miscellaneous.** This document contains the entire understanding of the parties concerning the subject matter of this Agreement and applies to any successors to the agreement as well as to any new or additional Client locations. Any changes to it must be agreed in writing. If any provision is held invalid, the other provisions of this Agreement will remain in full force and effect. The Agreement will be interpreted under the laws of the province/state in which it is executed.

It is Agreement (Terms and Conditions on reverse) on the date written above.

Client:

Signed:

Print Name:

Position:



ELECTRONICALLY FILED
2/19/2008 2:22 PM
CV-2008-900006.00
CIRCUIT COURT OF
BARBOUR COUNTY, ALABAMA
DAVID NIX, CLERK

# Exhibit B

Fuel Surcharges for USA - Securit                                                    Page 1 of 2



Services          Solutions          Find a
                                      us

## Fuel Surcharge

### Fuel Surcharge Policy: USA

Effective January 1, 2008, Shred-it will be implementing an indexed fuel surcharge for
all Shred-it automatic and purge document destruction services.

Since our founding almost 20 years ago, we have resisted implementing any
additional surcharges. As a result, we have absorbed many increased costs, including
increases in fuel costs, on behalf of our customers. However, with the current cost of
fuel we are unable to continue to fully absorb this cost.

The surcharge will be a flat-rate incremental charge applied to the invoice subtotal
based on the invoice bands below. The surcharge will appear at the bottom of each
invoice as a separate line item.

The fuel surcharge will be updated monthly and is indexed to the following source:
National U.S. Department of Energy, National **Average On-Highway Diesel Fuel Prices**

Fuel surcharges are subject to change without prior written notice. The duration and
amount of any surcharge will be determined at our sole discretion. By tendering your
document destruction to Shred-it, you agree to pay the surcharges, as determined by
Shred-it.

### Fuel Surcharge Invoice Subtotal Table

| At least | But less than | Sample surcharge |
|---|---|---|
| $ - | $ 75.00 | $ 3.90 |
| $ 75.01 | $ 150.00 | $ 7.80 |
| $ 150.01 | $ 300.00 | $ 15.60 |
| $ 300.01 | $ 500.00 | $ 26.00 |
| $ 500.01 | $ 1,000.00 | $ 52.00 |
| $ 1,000.01 | $ 1,500.00 | $ 78.00 |
| $ 1,500.01 | $ 2,000.00 | $ 104.00 |
| $ 2,000.01 | $ 2,500.00 | $ 130.00 |

*If your invoice subtotal falls outside these bands, your surcharge will be calculated
on an individual basis by your local branch.

Fuel Surcharges for USA - Securit

© 2008 - Securité. All Rights Reserved.  | Customer Login  | Legal Statement  | About Securit



ELECTRONICALLY FILED
2/19/2008 2:22 PM
CV-2008-900006.00
CIRCUIT COURT OF
BARBOUR COUNTY, ALABAMA
DAVID NIX, CLERK

# Exhibit C



# INVOICE

**Shred-It**
5751 Durose Drive
Bessemer, AL 35022
PHONE    205-591-7089

*Our business is to ensure no one knows yours!*

INVOICE NO.: 06565353714

DATE:    1/23/2008

PURGE



*A SECURIT COMPANY*

TO:  Calton & Calton Attorneys
226 East Broad St
Eufaula, AL 36027

BILL TO:

TAX ID TIN# 98-0157899

## DESTRUCTION DECLARATION

ON THE DATE SHOWN, DESIGNATED CONFIDENTIAL DATA WAS SHREDDED AND DESTROYED
AS PER CUSTOMER'S INSTRUCTIONS.

TRUCK NO.: _DDB_____    TRUCK NO.: _____    TOTAL TIME ...... HRS. ...... MIN. ......

TIME IN: _____    TIME IN: _____    CLIENT
TIME OUT: _____    TIME OUT: _____    SIGNATURE _Marsha Williams_

MOBILE CUSTOMER SERVICE REP.: _Terry_____    PRINT CLIENT NAME

| ACCOUNT NO. | TERMS | PURCHASE ORDER NO. |
|---|---|---|
| 0657946 | NET 30 DAYS, 2% PER MONTH ON OVERDUE ACCOUNTS | |

| | ITEM | RATE | AMOUNT |
|---|---|---|---|
| | Per Shredding | 4.32 | _54.00_ |
| WE RECYCLE | _1 Bag_ | | |
| | TAX % | | _3.90_ |

THIS YEAR YOUR FIRM'S SHARE OF WOOD SAVED THROUGH
SHRED-IT'S RECYCLING PROGRAM AMOUNTS TO    0    TREES.

THANK YOU FOR YOUR BUSINESS

| | TOTAL CHARGES | _57.90_ |
|---|---|---|

## CUSTOMER INFORMATION SUMMARY

PHONE:    Terr:    Route:    11W

X/S-                                    Min Charge:    54.00

SALES PERSON:    AG
COMPANY NAME:    Calton & Calton Attorneys
CONTACT:    Jimmy Calton Jr
ALTERNATE:
SERVICE REQUIRED:
CUST. TYPE:
EST. HOURS:  1    - MINS START AT:
SITE DIRECTIONS:

INVOICE NO.: 065 65353714
REF. NO.:    0657946
DATE:    1/23/2008

PH:    334-687-3563
PH:

OFFICE HOURS:  9:00AM-4:30PM  ENTRANCE:
LOCATION OF CONSOLES:

OAK
GRY
BIN
L.P.
S.P.

SERVICE PROMISED:    # Of Consoles    0
SPECIAL INSTRUCTIONS:
min. 54.00 to include up to 1 console/bag
4.32 per minute
1 bag...see Marsha to pick up a check for the 10/3/07 invoice of $50

_Pd 11/5/09_
_Ck# 26675_

DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004412
Cashier ID: khaynes
Transaction Date: 03/24/2008
Payer Name: MAYNARD COOPER GALE PC
------------------------------------
CIVIL FILING FEE
  For: MAYNARD COOPER GALE PC
  Case/Party: D-ALM-2-08-CV-000206-001
  Amount:         $350.00
------------------------------------
CHECK
  Check/Money Order Num: 1084165
  Amt Tendered:  $350.00
------------------------------------
Total Due:        $350.00
Total Tendered:   $350.00
Change Amt:       $0.00

JIMMY S CALTON V. SHRED-IT, USA
INC.