### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA RECEIVED
### NORTHERN DIVISION

2008 MAR 24  A 10: 10

JIMMY S. CALTON, SR., and ) 
JIM S. CALTON, JR., d/b/a CALTON & ) 
CALTON, )  DEBRA P. HACKETT, CLK
        Plaintiffs, )  U.S. DISTRICT COURT
         )  CASE NO. 2:08cv206
v. )
         )
SHRED-IT USA, INC., a foreign )
corporation, )
        Defendant. )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW, Shred-it USA, Inc., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entitled reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

_____        This party is an individual, or

_____        This party is a governmental entity, or

_____        There are no entities to be reported, or

_X_        The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Shred-it International, Inc. | Parent |
| Shred-it Canada Corporation | Affiliate |
| Shred-it Ltd. | Affiliate |
| Shred-it GmbH | Affiliate |
| Shred-it France | Affiliate |
| Artech International, Inc. | Affiliate |
| Artech USA, Inc. | Affiliate |
| Shred-it America, Inc. | Affiliate |

1

Dated:  March 21, 2008.

Counsel for Defendant Shred-it USA, Inc.
Jeffrey A. Lee
MAYNARD, COOPER & GALE, PC
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203
Telephone: (205) 254-1987
Facsimile: (205) 254-1999

Gregory G. Pinski
(Pro Hac Vice Admission Pending)
CONNER & PINSKI, PLLP
P.O. Box 3028
520 Third Avenue North
Great Falls, MT 59403-3028
Telephone:  (406) 727-3550
Facsimile: (406) 727-1640

## CERTIFICATE OF SERVICE

I hereby certify that, on March 21, 2008, a copy of the foregoing documents was served on the following persons via Federal Express Delivery Service:

Clerk of District Court
USDC Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

Charles A. McCallum, III,
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway, Suite 201
Vestavia Hills, AL 35216
205-824-7767

Walter B. Calton, LLC,
312 East Broad Street
Eufaula, Alabama 36027
334- 687-2407

Jeffrey A. Lee