## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **JIMMY S. CALTON, SR., and** | ) | |
| **JIM S. CALTON, JR., d/b/a CALTON &** | ) | |
| **CALTON,** | ) | |
| **Plaintiffs,** | ) | **CASE NO.2:08cv206-MHT** |
| **v.** | ) | |
| | ) | |
| **SHRED-IT USA, INC., a foreign** | ) | |
| **corporation,** | ) | |
| **Defendant.** | ) | |

### AMENDED NOTICE OF REMOVAL OF CIVIL ACTION

PLEASE TAKE NOTICE that Shred-it USA, Inc. ("Shred-it"), defendant in an action brought by Plaintiffs in the Circuit Court of Barbour County, Alabama (Eufaula Division), captioned Jimmy S. Calton, Sr. and Jim S. Calton, Jr. d/b/a Calton & Calton v. Shred-it USA, Inc., Civil Action No. CV-08-900006-00, files this Amended Notice of Removal of Civil Action:

Shred-it, for its Amended Notice of Removal, states as follows:

1.      Shred-it received notice of the Action when it was served with a copy of the Circuit Court – Civil Case Cover Sheet, Summons, Class Action Complaint on February 25, 2008.  True and correct copies of these documents are attached as Exhibit A to the original Notice of Removal.

2.      Except for the documents attached as Exhibit A to the original Notice of Removal, no other process, pleadings, or orders have been received or served upon Shred-it in the Action.

3.      In the Action, Plaintiffs have brought a class action implicating this Court's jurisdiction set forth in 28 U.S.C. § 1332(d).

4.    The original Notice of Removal was filed within the time period required by 28 U.S.C. § 1453(b).

5.    This Court has original jurisdiction pursuant to 28 U.S.C. § 1332(d)(2), because:

a.    The matter in controversy exceeds the aggregate sum of $5,000,000, exclusive of interest and costs; and

b.    Plaintiffs are citizens of the State of Alabama and Shred-it is a citizen of Delaware, its state of incorporation, and a citizen of Ontario, Canada, its principal place of business; and

c.    Plaintiffs have sought a nationwide class, and any member of the class of plaintiffs is a citizen of a state different than Shred-it.

6.    None of the circumstances allowing this Court to decline jurisdiction set forth in 28 U.S.C. § 1332(d)(3) apply to this case, because Shred-it is not a citizen of the state of Alabama.

7.    None of the requirements precluding this Court from accepting jurisdiction set forth in 28 U.S.C. § 1332(d)(4) apply to this case, because more than two-thirds of the class are citizens of states other than Alabama; Shred-it is not an Alabama citizen; damages are alleged to have occurred nationwide; and during the three year period preceding the filing of this class action, no other class action has been filed asserting the same or similar factual allegations on behalf of the same or other persons.

8.    Upon the filing of this Notice of Removal, written notice thereof is being served upon all adverse parties, and a copy of this Notice is being filed with the Clerk of Circuit Court of Barbour County, Alabama, to effect removal of the Action, all as provided by law.

WHEREFORE, Shred-it prays that this Notice of Removal may be accepted as good and sufficient, and that the Action may be removed from the Circuit Court of Barbour County into this Court, as provided by 28 U.S.C. §§ 1441, 1446, and 1453, and thereupon to proceed with said civil action as though originally commenced in this Court and for all orders and decrees as may be necessary or appropriate in such cases made and provided.

Dated:  April 1, 2008.

Jeffrey A. Lee
Maynard, Cooper & Gale, PC
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203
Telephone: (205) 254-1987
Facsimile: (205) 254-1999

Gregory G. Pinski
(Pro Hac Vice Admission Pending)
CONNER & PINSKI, PLLP
P.O. Box 3028
520 Third Avenue North
Great Falls, MT 59403-3028
Telephone:  (406) 727-3550
Facsimile: (406) 727-1640
COUNSEL FOR DEFENDANT
SHRED-IT USA, INC.

<u>**CERTIFICATE OF SERVICE**</u>

I certify that I have on this the 1st day of April, 2008, filed the above and foregoing electronically with the Clerk of the Court, which will send notification of such filing to the following:

Charles A. McCallum, III,
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway, Suite 201
Vestavia Hills, AL 35216
205-824-7767

Walter B. Calton, LLC,
312 East Broad Street
Eufaula, Alabama 36027
334-687-2407

Jeffrey A. Lee