IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JIMMY S. CALTON, SR., and JIM S. CALTON, JR., d/b/a CALTON & CALTON,** ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CASE NO. 2:08-cv-00206-MHT |
| **SHRED-IT USA INC., a foreign corporation,** ) ) ) ) | |
| Defendants. ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Plaintiff Jimmy S. Calton, Sr., by and through his undersigned counsel of record, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

1. This party is an individual, and the following entities and their relationship to the party are hereby reported:

    <u>Reportable Entity</u>                    <u>Relationship to Party</u>

    <u>Jimmy S. Calton, Jr. (also a plaintiff)</u>    <u>Partner/Joint Venture in Law Practice</u>

Respectfully submitted this 2nd day of April, 2008.

                                          s/ Charles A. McCallum, III
                                          Charles A. McCallum, III
                                          R. Brent Irby

OF COUNSEL:
McCallum Hoaglund Cook & Irby, LLP
905 Montgomery Highway
Suite 201
Vestavia Hills, Alabama 35216
Telephone: (205)824-7767
Facsimile: (205)824-7768
Email: cmccallum@mhcilaw.com
       birby@mhcilaw.com

OF COUNSEL:
Walter B. Calton, LLC
312 E. Broad Street
Post Office Box 696
Eufaula, Alabama 36072-0696
Telephone: (334)687-2407
Facsimile: (334)687-2466

## **CERTIFICATE OF SERVICE**

      This is to certify that on April 2, 2008, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/EDF system, which automatically notify counsel.

Jeffrey A. Lee
Maynard, Cooper & Gale, PC
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203
Telephone: (205)254-1987
Facsimile: (205)254-1999
Email: jlee@maynardcooper.com

     I hereby certify that a copy of the above and foregoing has been served on all counsel of record by U. S. Mail, postage prepaid, properly addressed, on April 2, 2008.

Gregory G. Pinski
(Pro Hac Vice Admission Pending)
Conner & Pinski, PllP
Post Office Box 3028
Great Falls, Montana 59403-3028
Telephone: (406)727-3550
Facsimile: (406)727-1640

                                                /s/ Charles A. McCallum, III
                                                COUNSEL