IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

JIMMY S. CALTON, SR., and    )
JIM S. CALTON, JR., d/b/a     )
Calton & Calton,              )
                              )
    Plaintiffs,               )
                              )        CIVIL ACTION NO.
    v.                        )          2:08cv206-MHT
                              )
SHRED-IT USA, INC., a         )
foreign corporation,          )
                              )
    Defendant.                )

ORDER

It is ORDERED that the motion to remand (Doc. No. 9)

is set for submission, without oral argument, on April

18, 2008, with all briefs due by said date.

DONE, this the 3rd day of April, 2008.


            /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE