IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2008 PR -3 P 12: 09

| | |
|---|---|
| JIMMY S. CALTON, SR., and <br> JIM S. CALTON, JR., d/b/a CALTON & <br> CALTON, <br>       Plaintiffs, <br> v. <br> <br> SHRED-IT USA, INC., a foreign <br> corporation, <br>       Defendant. | ) <br> ) <br> ) <br> ) <br> )   CASE NO: 2:08-CV-206-MHT <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION TO ADMIT ATTORNEY PRO HAC VICE

Comes now Jeffrey A. Lee, a member of the Bar of this Court and an attorney of record for Defendant, Shred-It USA, Inc., and moves this Honorable Court to admit attorney Gregory G. Pinski *pro hac vice*.

As grounds for this motion, movant states that Mr. Pinski is an attorney who regularly practices with the law firm of Conner & Pinski, PLLP, at the firm's office located at 520 Third Avenue North Great Falls, MT 59403. Mr. Pinski is a member of the Montana and Minnesota state bars and the bars for the Second, Eighth and Ninth Circuit Courts of Appeals. Attached is a Certificate of Good Standing for Mr. Pinski from the State Bar of Montana.

DATED this the 27th day of March, 2008.

Respectfully submitted by,

_____
Jeffrey A. Lee
Attorney for Defendant Shred-It USA, Inc.

**OF COUNSEL:**

MAYNARD, COOPER & GALE, PC
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203
Telephone: (205) 254-1987
Facsimile: (205) 254-1999

**CERTIFICATE OF SERVICE**

I certify that I have on this the 27th day of March, 2008, filed the above and foregoing electronically with the Clerk of the Court, which will send notification of such filing to the following:

Charles A. McCallum, III,
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway, Suite 201
Vestavia Hills, AL 35216
205-824-7767

Walter B. Calton, LLC,
312 East Broad Street
Eufaula, Alabama 36027
334-687-2407

_____
Jeffrey A. Lee

AO 136 (Rev. 9/98) Certificate of Good Standing

# United States District Court

Great Falls Division  DISTRICT OF   Montana

## CERTIFICATE OF GOOD STANDING

I,   Patrick E. Duffy   , Clerk of this Court,

certify that   Gregory G. Pinski   , Bar #   5456   ,

was duly admitted to practice in this Court on

  April 18, 2005   , and is in good standing
DATE

as a member of the Bar of this Court.

Dated at   Great Falls, Montana   on   April 1, 2008
LOCATION                                           DATE

PATRICK E. DUFFY
CLERK

DEPUTY CLERK

```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004548
Cashier ID: brobinso
Transaction Date: 04/03/2008
Payer Name: MAYNARD COOPER AND GALE
-----------------------------------
PRO HAC VICE
 For: GREGORY PINSKI
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:        $50.00
-----------------------------------
CHECK
 Check/Money Order Num: 1084309
 Amt Tendered: $50.00
-----------------------------------
Total Due:       $50.00
Total Tendered:  $50.00
Change Amt:      $0.00

2:08-cv-00206-MHT-CSC
```

SCANNED
BR 4.3.08