IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JIMMY S. CALTON, SR., and    )
JIM S. CALTON, JR., d/b/a    )
Calton & Calton,             )
                             )
    Plaintiffs,              )
                             )      CIVIL ACTION NO.
    v.                       )        2:08cv206-MHT
                             )
SHRED-IT USA, INC., a        )
foreign corporation,         )
                             )
    Defendant.               )
```

ORDER

It is ORDERED that the motion for admission pro hac vice (Doc. No. 13) is granted.

DONE, this the 7th day of April, 2008.

                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE