IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JIMMY S. CALTON, SR., and   )
JIM S. CALTON, JR., d/b/a   )
Calton & Calton,            )
                            )
    Plaintiffs,             )
                            )   CIVIL ACTION NO.
    v.                      )     2:08cv206-MHT
                            )
SHRED-IT USA, INC., a       )
foreign corporation,        )
                            )
    Defendant.              )
```

ORDER

It is ORDERED as follows:

(1) The plaintiffs' to-be-filed motion for class certification is set for final submission, without oral argument, on December 19, 2008.

(2) The parties are allowed until October 31, 2008, to complete discovery and the depositions of all persons whose testimony will be made part of the evidentiary record. The deadlines for expert reports are August 28, 2008, for the plaintiffs, and September 30, 2008, for the defendant.

(3) By November 14, 2008, the parties are jointly to develop and submit to the court a record of the evidence (depositions, stipulations, affidavits, etc.) that they intend the court to rely upon.

(4) The plaintiffs are to file a brief and motion for class certification by November 28, 2008.

(5) The defendant is to file a brief by December 12, 2008.

(6) The plaintiffs may file a reply brief by December 19, 2008.

(7) When the parties refer to evidence in their briefs, they must cite the specific document and page number where the evidence can be found in the evidentiary record. A brief which fails to comply with this requirement will be struck. The record should be sequentially numbered, that is, Bates-stamped, such that the parties and the court can quickly refer to the entire record by page number.

(8) By no later than November 14, 2008, counsel for all parties shall conduct a face-to-face settlement conference at which counsel shall engage in good-faith settlement. If settlement cannot be reached, counsel shall also discuss whether mediation will assist the parties in reaching settlement. Not less than five days after this conference, counsel for plaintiff shall file a pleading titled "Notice Concerning Settlement Conference and Mediation." The pleading shall indicate whether settlement was reached and, if not, whether the parties believe mediation will assist them in resolving this case.

(9) Except to the extent of any conflict with the deadlines set out herein, the discovery plan contained in the report of parties' planning meeting (Doc. No. 15) is adopted and incorporated herein.

DONE, this the 28th day of April, 2008.

                                       /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE