IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY S. CALTON, SR., and <br> JIM S. CALTON, JR., d/b/a CALTON & CALTON, <br>       Plaintiffs, <br> v. <br> SHRED-IT USA, INC., a foreign corporation, <br>       Defendant | CASE NO.: 2:08-cv-00206-MHT <br> CLASS ACTION |

### DEFENDANT'S CONSENT TO PLAINTIFFS' MOTION TO REMAND

COMES NOW, Defendant Shred-it USA, Inc. ("Defendant") and by agreement with Plaintiffs, consents to Plaintiffs' Motion to Remand filed on April 2, 2008. The parties have agreed to bear their own attorney's fees and costs in connection with the remand.

Dated: August 14, 2008

| | |
|---|---|
| Jeffrey A. Lee <br> MAYNARD, COOPER & GALE, PC <br> 1901 Sixth Avenue North <br> 2400 Regions/Harbert Plaza <br> Birmingham, AL 35203 <br> Telephone: (205) 254-1987 <br> Facsimile: (205) 254-1999 <br> jlee@maynardcooper.com <br> ATTORNEYS FOR DEFENDANT | /s/ *Gregory G. Pinski* <br> _____ <br> Gregory G. Pinski (MT Bar #5254, MN #296399) <br> (Admitted Pro Hac Vice) <br> CONNER & PINSKI, PLLP <br> P.O. Box 3028 <br> Great Falls, MT 59403-3028 <br> Telephone: (406) 727-3550 <br> Facsimile: (406) 727-1640 <br> gregorypinski@csplawfirm.com <br> ATTORNEYS FOR DEFENDANT |

Agreed to by:
/s/ Charles S. McCallum, III
Charles S. McCallum, III
One of the Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      This is to certify that on August 14, 2008, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/EDF system, which automatically notifies the following counsel:

Charles A. McCallum, III
R. Brent Irby
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway
Suite 201
Vestavia Hills, AL 35216

Walter B. Calton, LLC
312 E. Broad Street
P.O. Box 696
Eufaula, AL 36072

                                                    s/ *Gregory G. Pinski*
                                                    _____
                                                    COUNSEL FOR DEFENDANT