IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JIMMY S. CALTON, SR., and<br>JIM S. CALTON, JR., d/b/a<br>Calton & Calton,<br><br>    Plaintiffs,<br><br>    v.<br><br>SHRED-IT USA, INC., a<br>foreign corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.<br>)  2:08cv206-MHT<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

By agreement of the parties, it is ORDERED as follows:

(1) Plaintiffs' motion to remand (Doc. No. 9) is granted.

(2) This cause is remanded to the Circuit Court of Barbour County, Alabama.

The clerk of the court is DIRECTED to take appropriate steps to effect the remand.

DONE, this the 15th day of August, 2008.

  /s/ Myron H. Thompson  
UNITED STATES DISTRICT JUDGE